UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-362-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| CURTIS JERMAINE MALLOY | |

On motion of the Defendant, Curtis Jermaine Malloy, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #50 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This 9 day of Jan, 2012.

_____
TERRENCE W. BOYLE
United States District Judge